IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 1:17-CV-00056-MAC |
| ECHO MAINTENANCE, L.L.C., | § § § | |
| Defendant. | § § | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, by and through its attorney of record, hereby gives notice that the above-captioned case is voluntarily dismissed, without prejudice, against the Defendant, Echo Maintenance, LLC.

Respectfully submitted,

By: *Teresa A. Carver*
NICHOLAS J. LANZA
TBA No. 11941225

TERESA A. CARVER
TBA No. 00783825
Email: tcarver@lanzalawfirm.com

LANZA LAW FIRM, P.C.
4950 Bissonnet St.
Houston, Texas 77401
Telephone: 713.432.9090
Telecopier: 713.668.6417

**ATTORNEYS FOR PLAINTIFF,
STATE AUTOMOBILE MUTUAL
INSURANCE COMPANY**