**UNITED STATES DISTRICT COURT**  　　　　**EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE, COMPANY, | § § § | |
| Plaintiff, | § § | |
| *versus* | § § | CIVIL ACTION NO. 1:17-CV-56 |
| ECHO MAINTENANCE, L.L.C., | § § | |
| Defendant. | § | |

### ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Voluntary Dismissal (#2), filed January 18, 2018,

and Rule 41(a) of the Federal Rules of Civil Procedure, this action is dismissed without prejudice.

**Signed  this date**

**Jan 19, 2018**

*Marcia A. Crone*

_____

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE